IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Vickram G. Billa,

    Petitioner,                               No. CIV S-05-1554 GEB CMK

    vs.

A.P. Kane, Warden,

    Respondent.

_____/       <u>ORDER</u>

        On August 4, 2005, petitioner filed a "Motion for Extension of Time to File a Petition for Writ of Habeas Corpus." Petitioner has not filed a federal habeas petition in this court. Instead, he appears to ask the court to take notice that he would like to file a habeas petition after his claims are exhausted in the California Supreme Court.

        This court cannot, upon a motion such as this, extend the time for filing a habeas corpus action. Petitioner is advised that he may file a habeas petition with this court after he properly exhausts his remedies in state court. Matters related to the timeliness of any federal petition will be resolved, as appropriate, when and if a federal petition is filed.

///

///

///

1       IT IS ORDERED THAT petitioner's motion for an extension of time to file a
2 petition for a writ of habeas corpus is denied.
3 DATED:   September 13, 2005.

                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE