IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIKRAM BILLA,

      Petitioner,                                     No. CIV S-05-1554 GEB CMK P

   vs.

A.P. KANE,

      Respondent.

_____/           <u>ORDER</u>

      On November 4, 2005, the court filed findings and recommendations recommending that petitioner's application for a writ of habeas corpus be dismissed for failure to exhaust state remedies. The court noted that petitioner indicated that he had filed his petition with the California Supreme Court in May 2005 and that his petition was pending.

      On May 8, 2005, petitioner notified the court that he had exhausted all his claims in state court. Accordingly, the court VACATES the November 4, 2005 findings and recommendations.

      The court has reviewed the habeas petitioner filed on October 27, 2005. It is not clear to the court whether petitioner has included all his habeas claims in the October 27, 2005 petition. The court grants petitioner thirty days to file an amended habeas petition. If petitioner fails to file an amended petition, the court will assume that petitioner intends

to proceed on the October 27, 2005 petition, which is now apparently exhausted, and will proceed accordingly.

   IT IS ORDERED THAT:

   1. The findings and recommendations filed November 4, 2005 (doc. 10) are vacated.

   2. Petitioner is granted thirty days to file an amended petition. Should petitioner fail to file an amended petition, the court will assume that he wishes to proceed on his October 27, 2005 petition.

Dated: June 2, 2006

          /s/ Craig M. Kellison
          U.S. Magistrate Judge