IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIKRAM G. BILLA,

    Petitioner,                                    No. CIV S-05-1554 GEB CMK P

    vs.

A.P. KANE, Warden,

    Respondent.

_____/         <u>ORDER</u>

         On July 24, 2006, petitioner filed a motion for extension of time or to stay these proceedings pending verification of whether unexhausted claims had merit. (Doc. 19.) On the same day, petitioner also filed a motion to stay these proceedings in order to exhaust newly discovered claims. (Doc. 20.) On July 31, 2006, the court filed an order granting petitioner's request for an extension of time and directing petitioner to inform the court in sixty days whether he planned to proceed on his existing petition or to file a new petition. (Doc. 21). Petitioner subsequently requested to proceed on with his first amended petition. (Doc. 22.)

///

///

///

///

1         In light of the court's July 31, 2006 order, petitioner's motion to stay these
2 proceedings (doc. 20) is moot.

4         IT IS SO ORDERED.

6 DATED: October 19, 2006.

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE

2