1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VIKRAM G. BILLA,

11          Petitioner,                    2:05-cv-1554-GEB-CMK-P

12      vs.

13   A.P. KANE, Warden                 <u>ORDER</u>

14   _____/

15          Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

16   this court's November 20, 2006 denial of his application for a writ of habeas corpus.  Before

17   petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

18   Fed. R. App. P. 22(b).

19          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

20   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

21   § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

22   satisfy the required showing or must state the reasons why such a certificate should not issue.

23   Fed. R. App. P. 22(b).

24   /////

25   /////

26   ////

1

1    For the reasons set forth in the magistrate judge's November 20, 2006 findings and

2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional

3 right.  Accordingly, a certificate of appealability should not issue in this action.

4    IT IS SO ORDERED.

5 Dated:  February 8, 2007

6

7 _____
GARLAND E. BURRELL, JR.
8 United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2