IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKRAM BILLA, | No. CIV S-05-1554-GEB-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| A.P. KANE, et al., | |
| Respondents. | |
| _____ / | |

Petitioner, a state prisoner proceeding pro se, brought a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This petition was dismissed because petitioner filed the action beyond the one- year statute of limitations in the Effective Anti-Terrorism and Death Penalty Act of 1996 (AEDPA), 28 U.S.C. § 2244(d)(1)(A), (d)(2).  Judgment was entered on January 5, 2007 and this case was closed.

Petitioner then filed an appeal with the Ninth Circuit Court of Appeal.  The Ninth Circuit denied his request for a certificate of appealability and denied all outstanding motions. Petitioner has now filed a Petition for Writ of Error Coram Nobis in this case.

/ / /

/ / /

1

1         This case is closed. Petitioner is advised that documents filed by petitioner in this
2 case since the closing date will be disregarded and no order will issue in response to future
3 filings. If petitioner wishes to file his Petition for Writ of Error Coram Nobis, he will need to
4 initiate a new proceeding.

6  DATED: October 9, 2007

7

8                                          **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE

2